UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LEOPONA, INC. (D.B.A. AUDIOSOCKET), a Delaware corporation; SARAH SCHACHNER, a California resident; BRAD COUTURE, a New Hampshire resident;<br><br>Plaintiffs,<br><br>vs.<br><br>CRUZ FOR PRESIDENT, a Texas nonprofit corporation; MADISON MCQUEEN, a California limited liability company;<br><br>Defendants. | No. 16-00658-RSM<br><br>STIPULATION AND ORDER OF DISMISSAL |

## **STIPULATION**

All parties to this case, by and through their counsel of record, stipulate to the dismissal of this case in its entirety with prejudice, and without an award of attorney's fees or costs to any party.

DATED this 1st day of November, 2016.

ATKINS INTELLECTUAL PROPERTY, PLLC

By /s/ Michael G. Atkins
Michael G. Atkins
WSBA# 26026
Atkins Intellectual Property, PLLC
113 Cherry Street #18483
Seattle, WA 98104-2205
T (206) 628-0983/F (206) 299-3701
Email: mike@atkinsip.com

Attorneys for Defendants

STIPULATION AND
ORDER OF DISMISSAL -- 1

**ATKINS IP**
113 Cherry Street #18483
Seattle, WA 98104-2205
(206) 628-0983/Fax: (206) 299-3701

CAIRNCROSS & HEMPELMANN, P.S.

By /s/ Stephen P. VanDerhoef
   Stephen P. VanDerhoef
   WSBA #20088
   Cairncross & Hempelmann, P.S.
   524 Second Avenue, Suite 500
   Seattle, WA 98104-2323

Attorneys for Plaintiffs

## **ORDER**

Based on the foregoing stipulation, the Court orders as follows:

1. The parties' stipulated motion is granted.

2. This case is dismissed in its entirety with prejudice, and without an award of attorney's fees or costs to any party.

DATED this 3rd day of November, 2016.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

ATKINS INTELLECTUAL PROPERTY, PLLC

By /s/ Michael G. Atkins
   Michael G. Atkins
   WSBA #26026
Attorneys for Defendants

STIPULATION AND
ORDER OF DISMISSAL -- 2

**ATKINS IP**
113 Cherry Street #18483
Seattle, WA 98104-2205
(206) 628-0983/Fax: (206) 299-3701